UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN CARR, <br> MARK CRENSHAW, <br> TRONE KENT, <br> JOHN WILSON, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL BUREAU OF PRISONS (BOP), <br><br> Defendant. | No. 2:14-cv-00001-WTL-MJD |

**MINUTE ENTRY FOR JULY 6, 2016**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Tuesday, August 23, 2016 at 2:40 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 06 JUL 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.