UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN CARR et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS R. KANE, ACTING DIRECTOR, FEDERAL BUREAU OF PRISONS <br><br> Defendant. | No. 2:14-cv-00001-WTL-MJD |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon a motion seeking leave for John P. McDermott of O'Melveny & Myers LLP to appear *pro hac vice* as counsel for Brian Carr, et al. in the above-styled cause only. [Dkt. 122.] Being fully advised, the motion is hereby **GRANTED**. Applicant's contact information should be entered as follows:

> John P. McDermott
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, DC 20006
> (202) 383-5300
> (202) 383-5414
> jmcdermott@omm.com

If not already registered with the Court's Electronic Filing System, John P. McDermott is ordered to register **within ten (10) days of the entry of this order**.

Dated: 13 JAN 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel by CM/ECF.

And via U.S. Mail:

John P. McDermott
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006