# EXHIBIT 10

```
                                                          Page 1

 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
 3       TERRE HAUTE DIVISION
     Cause No.2:14-cv-00001-WTL-MJD
 4   - - - - - - - - - - - - - - - -x
     BRIAN CARR et al.,
 5                   Plaintiffs,
 6   v.
 7   THOMAS R. KANE, ACTING DIRECTOR,
     FEDERAL BUREAU OF PRISONS,
 8
                     Defendant.
 9
     - - - - - - - - - - - - - - - -x
10
11                         7 Times Square
                           New York, New York
12
                           July 12, 2017
13                         2:00 p.m.
14
15     VIDEOTAPES DEPOSITION of KATHLEEN
16   CHURCHILL, a 30(b)(6) Witness on behalf
17   of Federal Bureau of Prisons, in the
18   above-entitled action, held at the above
19   time and place, taken before Dawn Matera,
20   a Shorthand Reporter and Notary Public of
21   the State of New York.
22            *       *      *
23
              Veritext Legal Solutions
24               Mid-Atlantic Region
           1250 Eye Street NW - Suite 350
25            Washington, D.C.  20005
```

Page 17

1       KATHLEEN CHURCHILL
2   I provide them proof of the training and
3   they issue a Delegation of Authority
4   letter, saying that I can go ahead and
5   order that person a credit card.
6           And they have to retake a
7   training course every two years to keep
8   that credit card.
9       Q.   About how many people at
10  institutions will have a credit card?
11      A.   I believe probably varies on
12  the size of the staffing component.  I
13  want to say about 50.
14      Q.   Do you have varying amounts on
15  your credit card that you're allowed to
16  spend, like a varying credit limit?
17      A.   You mean per purchase?
18      Q.   Per person.
19      A.   Per cycle?
20      Q.   Can each person spend the same
21  amount of money?
22      A.   All of my cardholders, except
23  the warranted contracting officers, can
24  only spend up to $3500 per purchase per
25  requirement.

Page 18

1        KATHLEEN CHURCHILL
2     Q.    No one has more than that?
3     A.    Just the resale person that
4  purchases resale items for commissary.
5  That's a special thing.
6           And then the warranted contract
7  specialist.
8     Q.    Let's go back to your
9  background and your preparation here.
10          What did you do to prepare for
11 today's deposition?
12    A.    I discussed with Ms. Woods what
13 to expect today.  I reviewed some things
14 that are a business opportunities Website
15 to look at what other institutions were
16 doing to purchase kosher food.  I looked
17 at some purchase orders from known
18 institutions that buy kosher foods.
19    Q.    Which institutions did you
20 review, which institutions' records did
21 you review?
22    A.    FCI Otisville, MDC Brooklyn,
23 MCC New York, FCI Miami and Fort Dix.
24 Those are the only five institutions that
25 I know of that purchase the CRC-certified

Page 19

1        KATHLEEN CHURCHILL
2   foods that were questioned.
3        Q.   Do each of these institutions
4   purchase their own food?
5        A.   As far as I know, yes.  I
6   believe Fort Dix has a shared business
7   office setup like mine where their
8   contracting people purchase from MDC and
9   MCC New York.
10       Q.   How many times did you speak
11  with Ms. Woods before this deposition, in
12  preparation for this deposition?
13       A.   Twice, I believe.
14       Q.   How long were these calls?
15       A.   I believe one was around 10
16  minutes and one was maybe around a half
17  an hour.
18       Q.   Was anyone else on these calls?
19       A.   No.  Yes.  Ms. Oben, I believe,
20  was on both of the calls.
21       Q.   But no one tells from the BOP?
22       A.   Yes.  We had one call where the
23  food service administrator Miami was also
24  on the line, and he just told me a little
25  bit about his program.

```
                                              Page 20

 1            KATHLEEN CHURCHILL
 2       Q.    What's his name?
 3       A.    I believe it's Robert Everett.
 4       Q.    Did you talk to anyone else at
 5   the BOP in preparation for this?
 6       A.    Yes.  I just remembered I
 7   talked to both Shannon Mutts, who
 8   supervises the purchasing for MDC
 9   Brooklyn, MCC New York and Fort Dix.  And
10   then, we talked to the food service
11   administrator, Mr. Everett.
12       Q.    It's Shannon Mutts?
13       A.    Yes.
14       Q.    Is that a she or a he?
15       A.    She.
16       Q.    And she does --
17       A.    She's the supervisory contract
18   specialist at Fort Dix.
19       Q.    Okay.
20       A.    And they are the contracting
21   office for those three institutions that
22   I mentioned.
23       Q.    It's Brooklyn and which one,
24   Manhattan?
25       A.    MCC New York.
```

Page 50

1         KATHLEEN CHURCHILL
2   percent.
3       Q.   And the rest is -- so if it's
4   on a credit card, so 10 percent would be
5   micro-purchase, correct?
6       A.   That's correct.
7       Q.   Can you explain micro-purchase
8   to us?
9       A.   Micro-purchase is a purchase
10  from zero dollars to $3500.  It's a
11  single requirement.  For example, if you
12  need 10,000 pounds of ground beef, you
13  can't split it up into three separate
14  orders to get it under that
15  micro-purchase limit.  It means any
16  single requirement that the estimated
17  value is $3500 or below.
18      Q.   And what would be an instance
19  for food that you would use the
20  micro-purchase?  Would you call it the
21  micro-purchase exception?
22           MS. WOODS:  I am going to object
23      to this line of questioning on the
24      basis that we already tendered two
25      30(b)(6) witnesses to discuss

Page 51

1      KATHLEEN CHURCHILL
2      procurement policy and specifically,
3      procurement policy at the
4      institutional level.
5           However, you may answer the
6      questions.
7      Q.   I will restate it.
8           What -- for CRC-certified food,
9   is that most frequently purchased using
10  these simplified acquisition procedures;
11  is that correct?
12     A.   Repeat that?
13     Q.   When purchasing CRC-certified
14  foods, simplified acquisition procedures
15  are most often utilized; is that correct?
16     A.   Right.
17     Q.   When is an instance that food
18  service would purchase CRC-certified for,
19  under the micro-purchase exception?
20     A.   If it -- the requirement fell
21  under $3500.  I believe that Otisville,
22  low dollar value item such as milk that's
23  perishable, they don't want delivered
24  once a quarter with the frozen entrées,
25  so they might order that on their credit

Page 52

1            KATHLEEN CHURCHILL
2    card and had a delivery schedule set up a
3    different way.
4         Q.   I think you testified to this
5    earlier, but how often does FCI Otisville
6    post solicitations on FedBizOpps?
7         A.   Four times a year.  The month
8    prior to the quarter ending for the
9    upcoming quarter.
10             MS. LOVE:  This is going to be
11        Plaintiffs' 6.
12             [The solicitation posted on
13        FedBizOpps on November 21st, 2016,
14        was hereby marked as Plaintiffs'
15        Exhibit 6 for identification, as of
16        this date.]
17        Q.   So Ms. Churchill, I have handed
18   you one of the solicitations that was
19   posted on FedBizOpps.  It was posted on
20   November 21st, 2016.
21             Does this look accurate to you?
22             (Witness reviews document.)
23        A.   Yes.
24             MS. LOVE:  We'll do this one as
25        7.  Set 6 aside, and we'll do this one

Page 53

1         KATHLEEN CHURCHILL
2       as 7.
3           [The FedBizOpps solicitation
4       awarded on January 1st, 2017, was
5       hereby marked as Plaintiffs' Exhibit
6       7 for identification, as of this
7       date.]
8       Q.   Okay.  So this is, we are doing
9   the kosher -- this is the FedBizOpps
10  solicitation that was awarded on January
11  1st, 2017.
12          And if we flip through, it has
13  the different attachments that are seen
14  in the upper right corner of the first
15  page.
16          And I just want to walk through
17  each of these and see what we can learn
18  about each of these different pages.  Is
19  that okay?
20      A.   Sure.
21      Q.   So the -- so this is for FCI
22  Otisville; is that right?
23      A.   Correct.
24      Q.   And do you provide
25  CRC-certified -- do you purchase

1
2                    CERTIFICATION
3
4      I, Dawn Matera, a Notary Public for
5   and within the State of New York, do
6   hereby certify:
7      That the witness whose testimony as
8   herein set forth, was duly sworn by me;
9   and that the within transcript is a true
10  record of the testimony given by said
11  witness.
12     I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I
15  am in no way interested in the outcome of
16  this matter.
17     IN WITNESS WHEREOF, I have hereunto
18  set my hand this 12th day of July, 2017.
19  *Dawn Matera* (signature)

20  _____
21     Dawn Matera
22            *       *       *
23
24
25