# EXHIBIT 11

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
 3       TERRE HAUTE DIVISION
     Cause No.2:14-cv-00001-WTL-MJD
 4    - - - - - - - - - - - - - - - -x
     BRIAN CARR et al.,
 5                  Plaintiffs,
 6   v.
 7   THOMAS R. KANE, ACTING DIRECTOR,
     FEDERAL BUREAU OF PRISONS,
 8
                     Defendant.
 9
      - - - - - - - - - - - - - - - -x
10
11                          7 Times Square
                            New York, New York
12
                            July 12, 2017
13                          9:23 a.m.
14
15      VIDEOTAPED DEPOSITION of RABBI ABRAHAM
16   RICHTER, a 30(b)(6) Witness on behalf of
17   Federal Bureau of Prisons, in the
18   above-entitled action, held at the above
19   time and place, taken before Dawn Matera,
20   a Shorthand Reporter and Notary Public of
21   the State of New York.
22              *       *       *
23
             Veritext Legal Solutions
24              Mid-Atlantic Region
          1250 Eye Street NW - Suite 350
25            Washington, D.C.  20005
```

 1        RABBI ABRAHAM RICHTER
 2   condiments; the BOP facilities that
 3   currently serve or have previously served
 4   CRC-certified foods in the time periods
 5   during which they served CRC-certified
 6   foods; the number of inmates at each BOP
 7   facility who have communicated to the BOP
 8   that their religious beliefs require them
 9   to consume CRC-certified foods;" and
10   lastly, "the number of inmates on the
11   certified food menu at each BOP facility
12   that served CRC-certified foods."
13            Are you prepared to testify on
14   the entirety of topic 1 today?
15        A.   Yes, to the best of my
16   knowledge.
17        Q.   And you know that when you are
18   testifying, you are testifying on behalf
19   of the Bureau of Prisons, right?
20        A.   Yes.
21        Q.   So I would like to just start
22   by learning more about CRC, generally.
23   Obviously, we thought it was the Chicago
24   Rabbinical Council and that is incorrect.
25            So can you just tell me about

|   |   |
|---|---|
| 1 | RABBI ABRAHAM RICHTER |
| 2 | CRC, please? |
| 3 |     A.    CRC is a kosher certification |
| 4 | with a high standard of Kashruth, and |
| 5 | they adhere to certain rules that many of |
| 6 | the other kosher certifications are not |
| 7 | stringent about. |
| 8 |           For example, pas Yisroel.  That |
| 9 | baked goods need to be baked by a Jewish |
| 10 | person or, at the minimum, you know, they |
| 11 | put on the fire, involved somewhat in the |
| 12 | baking. |
| 13 |           Cholov Yisroel is that the milk |
| 14 | is certified from the time of the milking |
| 15 | of the cow as opposed to from when it |
| 16 | gets into the processing center. |
| 17 |           And bishul Yisroel is that |
| 18 | cooked things, for example, tuna, would |
| 19 | have to also, the fire would have to be |
| 20 | ignited by a Jewish person or be involved |
| 21 | in the cooking of the items.  And as well |
| 22 | as the slaughtering of the animals to a |
| 23 | high degree of kosher certification, no |
| 24 | leniency. |
| 25 |     Q.    And so CRC you said stands for |

1      RABBI ABRAHAM RICHTER
2  Central Rabbinical Congress; is that
3  right?
4      A.    Right.
5      Q.    And that is different than the
6  Chicago?
7      A.    Yes.
8      Q.    What's the difference between
9  those CRCs?
10     A.    They just happen to have the
11 same acronym.  But they are a different
12 symbol.
13           And the CRC Chicago does not
14 adhere to the same stringencies.  They
15 are similar to the Orthodox union and OK,
16 Kashruth and their level of stringency.
17     Q.    And just generally, why does
18 food need to be certified?
19     A.    Generally, because the Torah
20 requires that we eat kosher.  And being
21 that you don't know where this food has
22 come from and how it was processed, we
23 rely on the certification to know that
24 it's kosher.
25     Q.    And is the CRC, is it an

1         RABBI ABRAHAM RICHTER
2     Q.    What are those differences?
3     A.    For example, certain ones have
4  a stringency, rely on leniency like the
5  Orthodox union when it comes to milk
6  where the CRC does not rely on those
7  leniences.
8     Q.    Why does which individual --
9  why does the individual who certifies a
10 food matter, especially of this context,
11 when they are of the same level?
12    A.    When I look at this, I don't
13 get that myself.
14          I never heard of Rabbi Glick.
15 I've heard of the CRC.  The only
16 difference, like I mentioned before, is
17 the CRC is not just one man.  And I don't
18 believe that there is this one man over
19 this whole CRC.  Where Rabbi Babad is the
20 one man.  Maybe that's why they mentioned
21 the Rabbis.  But I don't believe it
22 narrows down usually to one individual.
23    Q.    Is it fair to say that inmates,
24 that -- strike that.
25          Are some -- would inmates trust

1          RABBI ABRAHAM RICHTER
2   one certifier more than another?
3        A.    It's possible.
4        Q.    And why is that?
5        A.    Usually, it's a matter of the
6   stringency of the certifier.
7        Q.    And why is it important to have
8   a certifier that you trust?
9        A.    Because you are eating --
10  you're eating the -- you are eating
11  something that your religion requires you
12  to know that that is well certified.
13  That it is something that follows all of
14  the steps of the Kashruth.
15       Q.    Aren't there rules for kosher?
16       A.    Sure.
17       Q.    Why can't, for example, the BOP
18  just read the rules and then determine
19  whether food is kosher?
20       A.    That would be impossible.
21       Q.    Why?
22       A.    Because you need certification
23  from a rabbinical certification.  You
24  can't just read ingredients and say, hey,
25  this is kosher.  You don't know where

1          RABBI ABRAHAM RICHTER
2    this was produced.  How it was produced.
3    You must rely solely on the bona fide
4    religious certification to tell you
5    whether something is kosher or not.
6         Q.    Has an inmate ever come to you
7    and requested a different food that was
8    not previously provided to him in order
9    to accommodate his religious beliefs?
10        A.    I don't believe so.
11        Q.    What would you do if that
12   happened?
13        A.    I would give him an Unfamiliar
14   Religious Request questionnaire, which is
15   a form that the BOP has, to have him fill
16   it out.  And there is a process of a
17   religious issue committee going over that
18   and researching it and seeing if it's a
19   bona fide religious request.
20        Q.    And then what would happen if
21   it was granted?
22        A.    If it was granted that it was a
23   bona fide religious request, we would
24   have to, I guess, go to food service and
25   see how they, how it can fit into their

1          RABBI ABRAHAM RICHTER
2     policy.  It probably would not be decided
3     on an institutional level, something that
4     is, would require, you know, on the
5     national level to make that decision.
6          Q.    Does the chaplaincy have a
7     budget?
8          A.    Yes.
9          Q.    Are you permitted to buy food?
10         A.    I am permitted to buy
11    ceremonial food items that are supplies.
12    But not meals.
13         Q.    What permits you to buy
14    ceremonial meals?
15         A.    Ceremonial meals?
16         Q.    Ceremonial --
17         A.    Supplies.
18         Q.    -- supplies?
19         A.    Policy.
20         Q.    But are there food items that
21    are sometimes part of ceremonial
22    supplies?
23         A.    Yes.
24         Q.    What is an example?
25         A.    Matzoh.

```
 1
 2                    CERTIFICATION
 3
 4       I, Dawn Matera, a Notary Public for
 5    and within the State of New York, do
 6    hereby certify:
 7       That the witness whose testimony as
 8    herein set forth, was duly sworn by me;
 9    and that the within transcript is a true
10    record of the testimony given by said
11    witness.
12       I further certify that I am not
13    related to any of the parties to this
14    action by blood or marriage, and that I
15    am in no way interested in the outcome of
16    this matter.
17       IN WITNESS WHEREOF, I have hereunto
18    set my hand this 12th day of July, 2017.
19    /s/ Dawn Matera

20    _____
21    Dawn Matera
22                *     *     *
23
24
25
```