UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRIAN CARR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:14-cv-00001-WTL-MJD |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Mark Inch, Director, Federal Bureau of Prisons, by counsel, hereby moves this Court for a Federal Rule of Civil Procedure 56 entry of summary judgment in their favor and against Plaintiffs on all of Plaintiffs' claims.  Here, no genuine issue exists on any material fact, and the Defendant is entitled to judgment as a matter of law.

1.      Plaintiffs brings their claims under the Religious Freedom Restoration Act (RFRA) 42 U.S.C. § 2000bb - 2000bb-4.

2.      In this case, the four Plaintiffs are not satisfied with the BOP's Religious Diet Program, nor even the vendor that the BOP found to provide halal-certified meals specifically for these Plaintiffs. Plaintiffs have instead demanded that the BOP purchase halal-certified meals from the specific vendors that Plaintiffs prefer. This request frustrates the intent of the Religious Freedom Restoration Act (RFRA), not to mention the BOP's compelling interests in providing healthy, nutritious meals equitably to all inmates, within the constraints of its budgetary limitations, and consistent with the security and orderly running of prisons. Based on the foregoing, the BOP is entitled to summary judgment.

3.      In support of its motion, the BOP incorporates by reference its Brief in Support of Its Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment, and designates the following evidence:

Ex. 1          Declaration of Heidi Kugler, Oct. 28, 2016

Ex. 2          Declaration of Mitchel Holliday

Ex. 3          Excerpts from Deposition of Mitchel Holliday

Ex. 4          Excerpts from Deposition of Jason Langford

Ex. 5          Excerpts from Deposition of Thomas Hinkle

Ex. 6          Declaration of Karen Stiltner

Ex. 7          BOP042146, BOP Certified Food Specifications

Ex. 8          Excerpts from Deposition of Heidi Kugler

Ex. 9          Excerpts from Deposition of Mustafa Boz

Ex. 10         Carr Deposition Exhibit 2, Admin. Remedy

Ex. 11         Excerpts from Deposition of Brian Carr

Ex. 12         Excerpts from Deposition of Karen Stiltner

Ex. 13         Excerpts from Deposition of Mark Crenshaw

Ex. 14         Excerpts from Deposition of John Wilson

Ex. 15         Declaration of Heidi Kugler, Dec. 7, 2017

Ex. 16         Excerpts from Deposition of Tron Kent

Ex. 17         Excerpts from Deposition of Eric Lawton

Ex. 18         BOP043314-43317, Sopakco, Inc. emails

Ex. 19         FBOP000172-000181, Midamar response

Ex. 20         BOP043279-43289 Sisters One, Inc. response

Ex. 21          BOP043449-434460 National Food Group emails

Ex. 22          BOP041269-41271, Taaza Fresh emails

Ex. 23          BOP044012-44014, Taaza Fresh emails

Ex. 24          BOP044109-44124     FCI – Memphis Request for Quote

Ex. 25          BOP044125-44131     2018 Halal Menu

Ex. 26          Tron Kent Responses to Interrogatories

Ex. 27          Excerpts from Deposition of Hamzeh Maqbul

Ex. 28          FBOP000185-000190 Sopakco, Inc. response

Ex. 29          BOP044037 Labriute email

Ex. 30          Excerpts from Deposition of Abdulfattah Jamiu

Ex. 31          2015 Halal Menu

Ex. 32          Excerpts from Deposition of Kathleen Churchill


The Defendant therefore respectfully requests the Court to grant summary judgment in its favor as to all claims against them raised in Plaintiffs' Amended Complaint, and for all other relief that is just and proper.


                              Respectfully submitted,

                              JOSH J. MINKLER
                              United States Attorney

                    By:      *s/ Shelese Woods*
                              Shelese Woods
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:

David J. Leviss
Scott Hammack
Jessica L. Thorn
Bradley N. Garcia
Darcy M. Meals
Meredith Garagiola
Lindsey R. Love
Sergei Zaslavsky
Matthew Gill
John McDermott
Carolyn Appel

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006

and I hereby certify that I have mailed by United States Postal Service the document to

the following non CM/ECF participants:

NONE.

_s/ Shelese Woods_
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204
Telephone: (317) 226-6333
Fax: (317) 226-5027