IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **BRIAN CARR et al.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**THOMAS R. KANE, ACTING DIRECTOR, FEDERAL BUREAU OF PRISONS,**<br><br>    **Defendant.** | No. 2:14-cv-00001-WTL-MJD |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Plaintiffs Brian Carr, Mark Crenshaw, Trone Kent, and John Wilson have moved for a continuance of trial, which motion is unopposed. It appearing from the motion that good cause exists to grant the motion, the motion to continue the trial currently scheduled for June 3, 2019 is hereby GRANTED. The matter is rescheduled for a Bench Trial on **Monday, September 16, 2019 at 9:00 a.m.**, and a Final Pretrial Conference is set for **August 7, 2019, at 10:00 a.m.** in Room 131 of the U.S. Courthouse, 921 Ohio Street, Terre Haute, Indiana. The June 3, 2019 Bench Trial and May 3, 2019 Final Pretrial Conference are **VACATED**.

The Magistrate Judge is requested to hold a status or settlement conference in the month of April or May of 2019.

So Ordered.

Dated: 2/1/2019

*[signature]*

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana