UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN CARR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 2:14-CV-00001-JMS-MJD |
| | ) |
| MICHAEL CARVAJAL, Director, | ) |
| Federal Bureau of Prisons, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON STIPULATION OF DISMISSAL**

The Court, having reviewed the Parties' proposed Stipulation of Dismissal, hereby dismisses this cause against the Defendant without prejudice [330]. The Court retains jurisdiction to enforce the terms of the Settlement Agreement between the Parties and to address any motion for attorneys' fees and costs filed by the Plaintiffs. The parties have waived their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires the Court's dismissal order to be specific in terms or to describe in reasonable detail and without reference to the Settlement Agreement, the act or acts to be restrained.

Date: 6/3/2020

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system