IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **BRIAN CARR,** *et al.***,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**MICHAEL CARVAJAL, DIRECTOR, FEDERAL BUREAU OF PRISONS,**<br><br>    **Defendant.** | No. 2:14-cv-00001-JMS-MJD |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

This matter having come before the Court on Plaintiffs Brian Carr, Mark Crenshaw, Tron Kent, and John Wilson ("Plaintiffs") Motion for Attorney's Fees and Costs, and the Court having reviewed Plaintiffs' motion and the record in this case and for good cause shown, it is hereby:

ORDERED that Plaintiffs' Motion for Attorney's Fees and Costs is hereby GRANTED. Plaintiffs are awarded fees in the amount of _____ and costs in the amount of _____.

So Ordered.

Dated: _____        _____

                              Hon. Jane E. Magnus-Stinson, Chief Judge
                              United States District Judge