UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN CARR, <br> MARK CRENSHAW, <br> TRONE KENT, <br> JOHN WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS (BOP), <br><br> Defendant. | No. 2:14-cv-00001-JMS-MJD |

## ORDER REFERRING MOTION

On September 2, 2020, Plaintiffs filed a Motion for Attorney Fees and Costs, dkt. [338]. United States Magistrate Judge Mark Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct any necessary hearings and issue a report and recommendation regarding the proper disposition of the Motion for Attorney Fees and Costs.

Date: 11/13/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Meredith N. Garagiola
O'MELVENY & MYERS LLP
mgaragiola@omm.com

Bradley N. Garcia
O'MELVENY & MYERS, LLP
bgarcia@omm.com

Scott Hammack
O'Melveny & Myers LLP
shammack@omm.com

David J. Leviss
O'MELVENY & MYERS LLP
dleviss@omm.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov

Sergei Zaslavsky
O'Melveny & Myers LLP
szaslavsky@omm.com


United States Magistrate Judge Mark Dinsmore