UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN CARR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:14-cv-00001-JMS-MJD |
| ) | |
| FEDERAL BUREAU OF PRISONS (BOP) Mark ) | |
| S. Inch, Director, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge has submitted his Report and Recommendation, dkt. [347] recommending that Plaintiffs' Motion for Attorney's Fees and Costs dkt. [338] be GRANTED IN PART and DENIED IN PART and that Plaintiffs be awarded attorneys' fees in the amount of $1,796,350.94 and costs in the amount of $51,666.78.  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

SO ORDERED.

Date: 8/31/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.